AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Juan Manuel Camarena<br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>) | 16-6513mJ<br><br>Case No. CR01-5640 MJP |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay _(name of person to be arrested)_  Juan Manuel Camarena                                                                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☑ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Violation of conditions of supervised release.


Date:   08/06/2016                                                                          _Paula McNabb_
                                                                                      _Issuing officer's signature_

City and state:   Seattle, WA                                                  Paula McNabb, Deputy Clerk
                                                                                      _Printed name and title_

---

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____         _Arresting officer's signature_ |
|                                  _Printed name and title_ |

PROB 12C-WAR
(01/13)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Juan Manuel Camarena     **Case Number:** CR01-5640MJP-002
**Name of Judicial Officer:** The Honorable Marsha J. Pechman, United States District Judge
**Date of Original Sentence:** 12/19/2003     **Date of Report:** September 9, 2016
**Original Offense:** Conspiracy to Distribute Methamphetamine
**Original Sentence:** 120 months custody followed by five years supervised release
**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 09/08/2016
**Assistant U.S. Attorney:** Matthew H. Thomas     **Defense Attorney:** Keith MacFie
**Special Conditions Imposed:**

☒ Substance Abuse     ☒ Financial Disclosure     ☐ Restitution:
☐ Mental Health     ☐ Fine     ☐ Community Service
☒ Other: Search, abstain from alcohol, 90 days RRC

## PETITIONING THE COURT

☒ To issue a warrant under seal
☐ To issue a summons

The probation officer believes that Juan Manuel Camarena has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failing to participate in a residential reentry center program as directed on September 8, 2016, in violation of a special condition. |

We incorporate by reference the information contained in the attached memorandum.

The Honorable Marsha J. Pechman, United States District Judge  
Petition for Warrant or Summons for Offender Under Supervision

Page 2 of 2  
September 9, 2016

U.S. Probation Officer Recommendation:

☒ The term of supervision should be
  ☒ revoked.
  ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☒ Detention pending final adjudication due to
  ☒ risk of flight.
  ☒ danger to community.

I swear under penalty of perjury that the foregoing is true and correct.  
Executed on this 9th day of September, 2016.

APPROVED:  
Connie Smith  
Chief U.S. Probation and  
Pretrial Services Officer  
BY:

Brian Johnson  
Supervising U.S. Probation Officer

Donald E. Moon  
U.S. Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ No Action Approved  
☐ The Issuance of a Warrant under seal  
  (conditions of supervision shall remain in effect pending final adjudication)  
☐ The Issuance of a Summons  
  (conditions of supervision shall remain in effect pending final adjudication)  
☐ Other

_____  
Signature of Judicial Officer

_____  
Date